IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-HC-194-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JULIAN MATTHEW THORNTON, | ) | |
| Respondent. | ) | |

This matter is before the court on the government's 7 June 2010 motion to file an annual forensic update, dated May 12, 2010, under seal. The motion represents that respondent does not oppose the motion. For the reasons stated in the motion, it is ALLOWED. Furthermore, pursuant to Fed. R. Civ. P. 5.2(d), L. Civ. R. 79.2, EDNC, and Section T of the court's CM/ECF Administrative Policy Manual, the court ORDERS that the parties file any future forensic evaluations or other psychological or psychiatric documents in this case under seal, whether such reports are produced by government evaluators, independent examiners appointed by order of this court, or other mental health professionals.

This 8 June 2010.

_____
W. Earl Britt
Senior U.S. District Judge